UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DIVISION SIX SPORTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-03879-SEB-MJD ) |
| THE FINISH LINE, INC. OF DELAWARE, et al. | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters **final judgment** in favor of Defendant and against Plaintiff.

Plaintiff **shall take nothing** by its complaint and **this action is terminated**.

Plaintiff's suit is **dismissed with prejudice**.

IT IS SO ORDERED.

Date: 9/25/2018

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew W. Hull
HOOVER HULL TURNER LLP
awhull@hooverhullturner.com

Ryan L. Isenberg
ISENBERG & HEWITT, P.C.
ryan@isenberg-hewitt.com

Christopher D. Wagner
HOOVER HULL TURNER LLP
cwagner@hooverhullturner.com